# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BEHROOZ MOHAZZABI,

    Plaintiff(s),

v.

KENT F. LARSEN,

    Defendant(s).

Case No.: 2:19-cv-02158-RFB-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a), nor has either party filed a request to stay discovery. To the extent that a request to stay discovery is sought, a stipulation or motion seeking that relief must be filed by May 11, 2020. If no such request is filed, a joint proposed discovery plan must be filed by May 26, 2020.

IT IS SO ORDERED.

Dated: April 27, 2020

_____
Nancy J. Koppe
United States Magistrate Judge