UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEHROOZ MOHAZZABI,<br><br>    Plaintiff(s),<br><br>v.<br><br>KENT F. LARSEN,<br><br>    Defendant(s). | Case No.: 2:19-cv-02158-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 13, 15] |

Pending before the Court is Defendant's motion to stay discovery pending resolution of the motion to dismiss. Docket No. 13; *see also* Docket No. 7 (motion to dismiss).[1] No response has been filed. Nonetheless, the Court has reviewed the motion practice and finds that the standards have been met to justify a stay of discovery. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). Accordingly, the motion to stay discovery (Docket No. 13) is hereby **GRANTED**.

In light of this ruling, Plaintiff's discovery plan (Docket No. 15) is also hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: May 20, 2020

                                                                                    _____
                                                                                    Nancy J. Koppe
                                                                                    United States Magistrate Judge

---

[1] Plaintiff is proceeding *pro se* and, as a result, the Court construes his filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1